IRVING B. THORNE, M. D., Respondent, v. COLUMBIA CAB CORPORATION and Another, Appellants.*

Supreme Court, Appellate Term, First Department, June 21, 1938.

*Irving L. Levinson [Harold Davis of counsel], for the appellants.*

*Walter J. Hampton, Jr. [Victor D. Borst, Jr., of counsel], for the respondent.*

PER CURIAM. The finding of the trial judge that the accident occurred as a result of the negligence of the defendants is not sustained by the proofs.

Judgment reversed, with costs, and complaint dismissed, with costs.

FRANKENTHALER and SHIENTAG, JJ., concur; NOONAN, J., dissents.

NOONAN, J. (dissenting). I dissent and vote for a modification reducing the recovery to $2,000.

* Revg. 167 Misc. 72.